**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6699**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL ANTHONY NOBLE, a/k/a Jamaican Mike,
a/k/a Michael Anthony Thomas,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-90-99, CA-97-1381-JFM)

_____

Submitted:  August 13, 1998        Decided:  September 3, 1998

_____

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Anthony Noble, Appellant Pro Se.  Lynne Ann Battaglia,
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Anthony Noble seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and find that Noble's motion was not timely filed in the district court. See Brown v. Angelone, ___ F.3d ___, 1998 WL 389030, at *6 (4th Cir. July 14, 1998) (determining the limitation period with regard to post-AEDPA 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) petitions in cases where the conviction became final prior to the statute's enactment). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid in the decisional process.

DISMISSED